UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jana Resources, LLC; and Jana Media LLC<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1-32;<br><br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:18-CV- 2269-RWS <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

**[~~PROPOSED~~] *EX PARTE* ORDER GRANTING PLAINTIFFS' MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER**

The Court having considered Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") and all other relevant papers, finding good cause therefor, and *ex parte* relief is warranted in this case;

**THE COURT FINDS AS FOLLOWS:**

1. Plaintiffs Jana Resources, LLC, d/b/a Amazon Storefront JavaPresse Coffee Company ("Jana Resources"); and Jana Media LLC ("Jana Media"); (collectively, "Jana Plaintiffs" or "Plaintiffs") have demonstrated a likelihood of success on the merits of its trademark infringement claims, namely that Plaintiffs' Registered Trademarks are valid and that Defendant DOES's 1-32

("Defendant DOES" or "Defendants") use of Plaintiffs' Registered Trademarks infringe Plaintiffs' rights.

2. Similarly, Plaintiffs have demonstrated a likelihood of success on the merits of it copyright infringement claims, namely that Plaintiffs' Registered Copyright is valid and that Defendant DOES's use of the same infringe Plaintiffs' rights.

3. Plaintiffs have demonstrated that they will suffer irreparable harm if an *Ex Parte* Temporary Restraining Order is not entered.

4. Plaintiffs have made good faith efforts to provide notice to all Defendant DOES in this litigation, and in this case, notice should not be required because Plaintiffs have exhausted all means to provide notice to Defendant DOES pursuant to Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure.

5. That the balance of hardships tips in favor of Plaintiffs because issuance of the *Ex Parte* Temporary Restraining Order is in favor of the public policy of protection Plaintiffs' rights and exclusive use of their intellectual property.

6. That there is no likelihood of harm to the public from the *Ex Parte* Temporary Restraining Order now being granted.

**IT IS HEREBY ORDERED** that Plaintiffs Jana Resources, LLC and Jana Media LLC's Motion for an *Ex Parte* Temporary Restraining Order is hereby **GRANTED;**

**IT IS FURTHER ORDERED** that Defendant DOES, their agents, employees and any other person in active concert or participation with them are barred and herein enjoined

1. from making, advertising, offering for sale, selling, importing, and shipping Counterfeit Products, including, but not limited to:

    - **ASIN: B013R3Q7B2** - *JavaPresse Manual Coffee Grinder, Conical Burr Mill, Brushed Stainless Steel*

    - **ASIN: B01G67Q5JU -** *Upgraded Ceramic Burr for JavaPresse Manual Coffee Grinder - Version 3 Patent Pending - Industrial Grade Nylon Components*

    - **ASIN: B019FMHNGM -** *JavaPresse Pour Over Coffee Maker with Stand | Clever Hand Drip Brewer with Reusable Filter Dripper*

    - **ASIN: B01DH6WL64 -** *2 JavaPresse Reusable Metal Coffee Filters for Aerobie AeroPress – Stainless Steel Mesh – Slim Disks*

2. from making, advertising, offering for sale, selling, and distributing any products using Plaintiffs' Trademarks including US Trademark Registration

Nos. 5,380,377 (Two Bean Circle Trademark), 5,292,986 (STAY GROUNDED Trademark), and JavaPresse mark and any colorable imitation of the same ("Plaintiffs' Trademarks");

3. from making, advertising, offering for sale, selling, and distributing any products using Plaintiffs' Copyrights including US Copyright Registration No. TX 8-524-099, titled Grinder Insert 1 ("Plaintiffs' Registered Copyright");

4. from filing any intellectual property complaints against Plaintiffs concerning Plaintiffs' Trademarks, Registered Copyright, or Plaintiffs' authentic coffee goods, including those identified by Amazon ASINs:  B013R3Q7B2, B01G67Q5JU, B019FMHNGM, and B01DH6WL64 ("Authentic JavaPresse Goods");

5. from opening or operating any online accounts selling Counterfeit Products;

**IT IS FURTHER ORDERED** that Defendant DOES will immediately

1. immediately remove, or cause to be removed, all advertisements that purport to or imply that Defendant DOES sell Plaintiffs' Authentic JavaPresse Goods on their website(s);

2. file with this Court and serve on Plaintiff within thirty days after issuance of the injunction, a report in writing under oath, setting forth in detail the

manner and form in which Defendant DOES have complied with the injunction; and

IT IS FURTHER ORDERED that this Temporary Restraining Order shall remain in effect until the date of this Court's ruling on the Motion for Preliminary Injunction.

A hearing on this issue is set for *May 29*, 2018, at *10:00 am*, in this Court. Defendants' opposition papers, if any, shall be filed and served by hand on or before *May 24*, 2018. Plaintiffs' reply papers, if any, shall be filed and served by hand on or before *May 28*, 2018.

DATED: *May 18*, 2018, *at 12:10 p.m.*

*[signature]*
Honorable
UNITED STATES DISTRICT JUDGE